UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

DAMIEN PERRY,

                              Petitioner,                        9:22-cv-1161 (BKS/ML)

v.

DAVID CHRISTENSEN,

                              Respondent.

_____

**Appearances:**

*For Petitioner:*
25201-014
Fort Dix
Federal Correctional Institution
P.O. BOX 2000
Joint Base MDL, NJ 08640

*For Defendant:*
Ranson Reynolds, III,
Assistant United States Attorney
100 South Clinton Street
Syracuse, NY 13261-7198

**Hon. Brenda K. Sannes, Chief United States District Judge:**

**MEMORANDUM-DECISION AND ORDER**

      Petitioner Damien Perry, a federal inmate, filed a writ of habeas corpus under 28 U.S.C. § 2241 asserting that the Bureau of Prisons failed to credit him with 1,462 days that he served awaiting trial and sentencing. (Dkt. No. 1). On March 20, 2023, Respondent filed an answer, accompanied by records related to the matter. (Dkt. No. 6). Petitioner filed a reply on April 17, 2023. (Dkt. No. 12). This matter was assigned to United States Magistrate Judge Miroslav Lovric who, on February 4, 2026, issued a Report-Recommendation and Order recommending, inter

alia, that the Petition be denied as moot because Petitioner had been released from custody pursuant to an Order of Clemency on July 16, 2025. (Dkt. No. 24, at 8). Magistrate Judge Lovric advised the parties that under 28 U.S.C. § 636(b)(1), they had fourteen days within which to file written objections to the report, and that the failure to object to the report within fourteen days would preclude appellate review. (Dkt. No. 24, at 16).

No objections were filed. Having reviewed the Report-Recommendation for clear error and found none in the recommendation that the Petition be denied as moot, the Court adopts that recommendation. For these reasons, it is

**ORDERED** that the recommendation in the Report-Recommendation that the Petition be denied as moot (Dkt. No. 24) is **ADOPTED**; and it is further

**ORDERED** that the Petition is **DENIED** as moot; and it is further

**ORDERED** that the Clerk serve a copy of this Order upon the parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

Dated: February 26, 2026
Syracuse, New York

Brenda K. Sannes
Chief U.S. District Judge